# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED CENTRAL BANK,**
       **Plaintiff,**

    v.                                                    Case No. 11-C-0693

**WELLS STREET APARTMENTS, LLC,**
et al.,
       **Defendants.**

## ORDER

Pursuant to my order of June 7, 2013, United Central Bank ("UCB") has filed a proposed judgment of foreclosure and sale. The defendants have raised three objections to the proposed judgment. UCB shall file a response to those objections within ten days of the date of this order. The defendants may file a reply within five days of the date on which UCB serves its response.

I will raise an additional matter. The proposed judgment provides that each property will be sold under the direction of the sheriff of the county in which the property is located. However, in federal court, the U.S. Marshals Service usually performs functions that would be performed by a sheriff if the action had been filed in state court. Thus, unless a party informs me within ten days of the date of this order that it objects to having the properties sold under the direction of the U.S. Marshals Service, I will direct that the sales be conducted under the direction of that agency.

**SO ORDERED** at Milwaukee, Wisconsin, this 17th day of October, 2013.

                                                                       s/ Lynn Adelman
                                                                       _____
                                                                       LYNN ADELMAN
                                                                       District Judge